UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JAY WALLACE and FOX NEWS :
NETWORK, LLC, :
 :
                        Movants, :         21-MC-778 (VSB)
 :
           -against- :         **ORDER**
 :
DON BLANKENSHIP, :
 :
                     Respondent. :
 :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

        On October 24, 2021, Movants filed a letter consenting to the transfer of this case to the United States District Court for the Southern District of West Virginia and to the presiding judge in *Blankenship v. Fox News Network, LLC et al.*, No. 2:19-cv-00236 (S.D. W. Va.), pursuant to Federal Rule of Civil Procedure 45(f).  (Doc. 9.)[1]  Accordingly, this case is hereby TRANSFERRED.  The Clerk of Court is respectfully directed to transfer this case to the United States District Court for the Southern District of West Virginia immediately, without regard to Local Rule 83.1.

SO ORDERED.

Dated:    October 25, 2021
             New York, New York

                                                                               VERNON S. BRODERICK
                                                                             United States District Judge

---

[1] In the October 24, 2021 letter, Movant Jay Wallace expressly states that he "does not consent to, and reserves all rights to object to, personal jurisdiction in the Southern District of West Virginia for any purpose other than adjudication of this subpoena."